UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                                        Plaintiff,

- against -

JOSEPH SIMONE, ET AL. (ANDREA LANDO-TANICO and
ANTHONY TANICO),

                                       Defendants.

1:07-cv-3928 (JG)(RML)

## FULL SATISFACTION OF MONETARY PORTIONS OF JUDGMENT
## AGAINST DEFENDANTS ANDREA LANDO-TANICO AND ANTHONY TANICO

**WHEREAS**, a judgment was entered in the above action was entered on August 23, 2013, in this action in favor of the plaintiff Securities and Exchange Commission and against the defendants Andrea Lando-Tanico and Anthony Tanico, jointly and severally, for disgorgement of $543,497.00, and

**WHEREAS**, by order entered on March 11, 2015 this Court modified the foregoing judgment to provide that it would be fully satisfied by the payment of $100,000.00 by the defendants Andrea Lando-Tanico and Anthony Tanico, and

**WHEREAS**, the defendants Andrea Lando-Tanico and Anthony Tanico having paid the Commission the amount of $100,000.00 to the Securities and Exchange Commission in full and complete satisfaction of the monetary portion of said against them, and

**WHEREAS**, it is certified that there are no outstanding executions with any sheriff or marshal,

**THEREFORE**, full and complete satisfaction of the monetary portions of said judgment as to the defendants Andrea Lando-Tanico and Anthony Tanico is hereby acknowledged, the

non-monetary portions of the judgment to remain in full force and effect, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of the monetary portions of said judgment as to the defendants Andrea Lando-Tanico and Anthony Tanico.

Dated:   New York, New York
         March 16, 2015

_____
JOHN J. GRAUBARD, Senior Counsel
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
200 Vesey Street, Room 400
New York, NY 10281-1022
Tel.:     212-336-0084
Fax:      212-336-1323
E-mail:   graubardj@sec.gov

- 3 -

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

On this 16th day of March, 2015, before me personally came JOHN J. GRAUBARD, to me known and known by me to be a Senior Counsel with the Securities and Exchange Commission, plaintiff in the above-entitled action, and to be the same person described in and who executed the within Satisfaction of Judgment, and who acknowledged to me that he executed the same, as duly authorized by the Securities and Exchange Commission.

_____
Notary Public

BENEDICT R. JACKSON
Notary Public, State of New York
No. 01JA6130327
Qualified in Kings County
Commission Expires July 18, 20_17_