

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**NEW YORK REGIONAL OFFICE**
200 Vesey Street
SUITE 400
NEW YORK, NEW YORK 10281-1022

**JACK KAUFMAN**
(212) 336-0106
KaufmanJa@sec.gov

September 16, 2015

**By ECF**
The Honorable John Gleeson
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>SEC v. Joseph Simone, et al., 07-cv-3928 (EDNY) (JG)(RML)</u>

Dear Judge Gleeson:

      Plaintiff Securities and Exchange Commission respectfully submits the following status report.  The Commission has resolved all of its claims in this case.  The only ongoing matters concern collection of certain previously-entered final judgments (although the Commission does not presently anticipate raising any such matters with the Court).

      Respectfully Submitted,

      <u>/s/ Jack Kaufman</u>
      Senior Trial Counsel
      Division of Enforcement